IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


| UNITED STATES OF AMERICA | : | CASE NO. 3:13MJ268 |
|---|---|---|
| v. | : | |
| TIM J. THIBAULT | : | ORDER UNSEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT |
| | : | AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Supporting Affidavit and Arrest

Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.


June 12, 2013                           s/ **Michael J. Newman**
                                         United States Magistrate Judge